# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROBIN FREEMAN,<br><br>        Petitioner,<br><br>   v.<br><br>TINA HORNBECK,<br><br>        Respondent. | 1:09-CV-01123 GSA HC<br><br>ORDER DISCHARGING ORDER TO SHOW CAUSE<br><br>[Doc. #9] |

On April 21, 2010, the Court ordered Petitioner to show cause why the petition should not be dismissed for failure to exhaust state remedies. On April 27, 2010, and May 19, 2010, Petitioner filed responses to the order to show cause. It appears from her responses and an attached order from the California Supreme Court that Petitioner has exhausted her state remedies.

Accordingly, IT IS HEREBY ORDERED that the Order to Show Cause dated April 21, 2010, is DISCHARGED.

IT IS SO ORDERED.

Dated:   May 26, 2010                        /s/ Gary S. Austin
                                              UNITED STATES MAGISTRATE JUDGE